Denise Bourgeois Haley
Attorney at Law:   143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Gregory D. Harper

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| GREGORY D. HARPER, | Case No.: 1:09 CV 1211 SMS |
| Plaintiff, | STIPULATION TO CONTINUE BRIEFING SCHEDULE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE SANDRA M. SNYDER, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties hereby stipulate that Plaintiff shall have an extension of time, to and including March 10, 2010, in which to provide defendants with plaintiff's confidential letter. Defendant's written response will be due to plaintiff by April, 9, 2010. Plaintiff's opening brief shall be filed by May 10, 2010. Defendant's reply brief shall be due by June 9, 2010 and Plaintiff's reply brief due 15 days thereafter.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  This request is made at the request of Plaintiff's counsel.  On December 21,
2  2009 Plaintiff's counsel prepared a confidential letter and was under the
3  impression that it had been emailed to defendant's counsel SAUSA Theophous
4  Reagans; however, the electronic transmissions did not go through and the hard
5  copy was not mailed based upon the erroneous presumption that the electronic
6  deliveries had been completed.  Counsel became aware of this error following a
7  call from the court and an e-mail to SAUSA Reagans. SAUSA Reagans requested
8  delivery of the voluntary remand brief that was prepared on December 21, 2010 as
9  he had never received the same. Plaintiff's counsel forwarded the same to him
10 today.  Plaintiff's counsel had not calendared a response to the voluntary remand
11 as counsel's firm has switched to a complete operating system and was not aware
12 of the proper procedures at the time.  Plaintiff's counsel is now aware and the
13 system is set to calendar responses to the voluntary remand requests.  Counsel for
14 Plaintiff and Defendant make this request in good faith and will calendar and
15 respond to the dates herein timely.
16      IT IS SO STIPULATED.
17 DATE: March 10, 2010           Respectfully submitted,

18                                LAW OFFICES OF LAWRENCE D. ROHLFING
19                                     /s/ Denise Bourgeois Haley
                              BY:_____
20                                Denise Bourgeois Haley
                                  Attorney for plaintiff GREGORY D. HARPER
21
   Date:  March 10, 2010         GEORGE S. CARDONA
22                                Acting United States Attorney
                                  LEON W. WEIDMAN
23                                Chief, Civil Division

24                           BY:  /s/   *Theophous Reagans*
                                  Theophous H. Reagans
25                                Special Assistant United States Attorney
                                  Attorneys for Defendant MICHAEL J. ASTRUE
26                                Commissioner of Social Security

-2-

PDF created with pdfFactory trial version www.pdffactory.com

Denise Bourgeois Haley
Attorney at Law:    143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Gregory D. Harper

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| GREGORY D. HARPER,              ) | Case No.:  1:09 CV 1211 SMS |
|                                 ) | |
| Plaintiff,                      ) | ORDER ON STIPULATION |
|                                 ) | |
| vs.                             ) | |
|                                 ) | |
| MICHAEL J. ASTRUE,              ) | |
| Commissioner of Social Security,) | |
|                                 ) | |
| Defendant                       ) | |
|                                 ) | |

IT IS SO ORDERED on the stipulation of the parties that Plaintiff shall have an extension of time, to and including March 10, 2010, in which to provide defendants with plaintiff's confidential letter. Defendant's written response will be due to plaintiff by April 9, 2010. Plaintiff's opening brief shall be filed by May 10, 2010. Defendant's reply brief shall be due by June 9, 2010 and Plaintiff's reply brief due 15 days thereafter

Dated:   March 10, 2010                    /s/ Sandra M. Snyder

UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com